# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOSEPH MONPLAISIR,<br><br>Petitioner,<br><br>v.<br><br>TIM PEREZ, Warden,<br><br>Respondent. | Case No. ED CV 14-2401 RGK (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1     IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

DATE: April 14, 2015

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE