# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JOSEPH MONPLAISIR,<br><br>        Petitioner,<br><br>        v.<br><br>TIM PEREZ, Warden,<br><br>        Respondent. | Case No. ED CV 14-2401 RGK (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 14, 2015

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE